IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3060 |
| V. | ) | |
| ERNESTINA GONZALEZ-LEMUS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing 100) is granted.

(2) The defendant's one-hour evidentiary hearing and sentencing are continued to Friday, February 24, 2012, at 2:00 p.m., before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 23rd day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge